SKIRVIN *et al. v.* UNITED KANSAS PORTLAND CEMENT CO.

No. 4585. Opinion Filed June 8, 1915.

Refiled December 6, 1915.

(152 Pac. 1121.)

APPEAL AND ERROR—Failure to File Brief—Dismissal. Syllabus same as in No. 3222, **Bryan v. Umholts,** 42 Okla. 477, 141 Pac. 1107.

(Syllabus by Galbraith, C.)

*Error from District Court, Oklahoma County;*
*Geo. W. Clark, Judge.*

Action by the United Kansas Portland Cement Company against W. B. Skirvin and others. Judgment for plaintiff, and defendants bring error. Dismissed.

*Asp, Snyder, Owen & Lybrand,* for plaintiffs in error.

Opinion by GALBRAITH, C.   The petition in error and case-made in this cause was filed in this court on November 22, 1912, and the same has been regularly submitted.   The plaintiffs in error have failed to file brief, or to offer any excuse for not so doing.

We therefore recommend that the case be dismissed.

By the Court:   It is so ordered.